IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CP PRODUCTIONS, INC., an Arizona corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>JOHN DOE,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  3:12-cv-1183-PHX-SLG<br>) |

### ORDER GRANTING IN PART PLAINTIFF'S *EX-PARTE* MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(F) CONFERENCE

The court has reviewed the Complaint with attached Exhibits, Plaintiff's *Ex Parte* Application for Leave to Take Expedited Discovery Prior to the Rule 26(f) conference and all the papers filed in connection with the motion, together with the relevant case law.  Accordingly, it is hereby

ORDERED that the plaintiff's Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference is GRANTED IN PART as set forth herein; it is further

ORDERED that the plaintiff may immediately serve Rule 45 subpoena(s), limited to the following category of information:

From Cox Communications and any other Internet Service Provider (ISP) or any other entity identified as a provider of Internet services to **John Doe, with an IP address # 68.227.231.105** in response to a subpoena or as a result of ongoing BitTorrent activity monitoring: information sufficient to identify John Doe, including name, current (and permanent) address, telephone number, e-mail address, and Media Access Control address; it is further

ORDERED any information disclosed to the plaintiff in response to a Rule 45 subpoena may be used by the plaintiff solely for the purpose of protecting the plaintiff's rights as set forth in its Complaint; it is further

ORDERED that the plaintiff shall pay for the reasonable costs of complying with this subpoena that may be charged by the entity which receives a subpoena; it is further

ORDERED that any entity which receives a subpoena and elects to charge for the costs of production shall provide a billing summary and any cost reports that serve as a basis for such billing summary and any costs claimed by such an entity; it is further

ORDERED that plaintiff shall serve a copy of this Order along with any subpoenas issued pursuant to this Order; it is further

ORDERED that if any entity subpoenaed pursuant to this Order seeks to move to quash the subpoena, it must do so before the return date of the subpoena, which shall be 30 days from the date of service; it is further

ORDERED that the subpoenaed entity shall preserve any subpoenaed information pending the resolution of any timely-filed motion to quash;

Finally, it is ORDERED that plaintiff may not file an amended complaint until further order of the court.

SIGNED AND SEALED this 25th day of July, 2012.

/s/ Sharon L. Gleason
United State District Judge