# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CP PRODUCTIONS, INC., an Arizona corporation,<br><br>Plaintiff,<br>v.<br><br>JOHN DOE,<br><br>Defendant. | CASE NO.: 2:12-CV-1183-PHX-SLG<br><br><br>**ORDER GRANTING PLAINTIFF'S** *EX PARTE* **MOTION FOR PROTECTIVE ORDER** |

This matter comes before the Court on Plaintiff's *Ex Parte* Motion for Preservation Order and the Court having reviewed Plaintiff's Motion, the relevant case law, the file and being fully advised in the premises:

HEREBY ORDERS that Plaintiff's Motion for Preservation Order is GRANTED; and

IT IS FURTHER ORDERED that the Internet Service Providers listed in Exhibit A to Plaintiff's Complaint (ECF No. 1-1) shall preserve the identifying information sought by Plaintiff in its Motion for Leave to Take Discovery Prior to Rule 26(f) Conference (ECF No. 5) until the completion of the Rule 26(f) conference in this matter.

DATE:  August 24, 2012

*/s/ Sharon Gleason*
The Honorable Sharon L. Gleason
United States District Judge