IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CP PRODUCTIONS, INC., an Arizona
corporation,

                              Plaintiff,
            v.

JOHN DOE,

                              Defendant.          Case No. 2:12-CV-01183-PHX-SLG


## ORDER GRANTING MOTION FOR EXTENSION OF TIME AND REQUESTING RESPONSE

Before the court at docket 16 is third party Internet service providers' Motion for Extension of Time to File Motion for Reconsideration of the court's order at docket 13 ordering the Internet Service Providers listed in Plaintiff's Complaint to preserve the identifying information sought by Plaintiff until the completion of the Rule 26(f) conference in this matter.[1]  For good cause shown, the Internet Service Provider's Motion for Extension of Time is granted.[2]  The Internet Service Providers' Motion for Reconsideration filed on September 14, 2012 at docket 18 is accepted as timely filed. The court hereby requests that the Plaintiff file a response to the Internet Service Providers' Motion for Reconsideration within 14 days of the entry of this order.

DATED this 18th day of September, 2012.

/s/ Sharon L. Gleason
United States District Judge

---

[1] The Internet Service Providers have not filed a formal Motion to Intervene in this matter, but the court will address their Motion for Reconsideration on the merits as it is akin to a non-party motion to quash a subpoena under Rule 45 of the Federal Rules of Civil Procedure.

[2] See Local (Civil) Rule 7.2(g)(2).