# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CP PRODUCTIONS, INC., an Arizona corporation,<br><br>Plaintiff,<br>v.<br><br>JOHN DOE,<br><br>Defendant. | **CASE NO.: 2:12-CV-1183-PHX-SLG**<br><br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER OF NOVEMBER 13, 2012 (ECF 27)** |

This matter comes before the Court on Plaintiff's Motion for Reconsideration of the Court's November 13, 2012 Order (ECF No. 27) Granting Motion for Reconsideration, and this Court being fully advised in the premises;

HEREBY ORDERS that Plaintiff's Motion for Reconsideration of the Court's November 13, 2012 Order Granting Motion for Reconsideration is DENIED.

DATE: November 29, 2012.

*/s/ Sharon L. Gleason*
United States District Judge