Steven James Goodhue (#029288)
Law Offices of Steven James Goodhue
9375 East Shea Blvd., Suite 100
Scottsdale, AZ  85260
Telephone: (480) 214-9500
Facsimile: (480) 214-9501
E-Mail: sjg@sjgoodlaw.com

*Attorney for Plaintiff*
*CP Productions, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CP PRODUCTIONS, INC., an Arizona corporation, | **CASE NO.: 2:12-CV-1183-PHX-SPL** |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice. The Defendants have neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) is therefore appropriate.

Dated this 21st day of December, 2012

Law Offices of Steven James Goodhue

By: /s/ Steven James Goodhue
Steven James Goodhue (#029288)
9375 East Shea Blvd., Suite 100
Scottsdale, AZ  85260
*Attorney for Plaintiff*
*CP Productions, Inc.*

I hereby certify that on December 21, 2012, I electronically filed the foregoing with the Clerk of the Court for filing and uploading to the CM-ECF system which will send notifications of such filing to all parties of record.

**A COPY** of the foregoing was mailed (or served via electronic notification if indicated by an "*") on November 16, 2012, to:

Jason L. Sanders*
Locke Lord, LLP
2200 Ross Ave., Suite 2200
Dallas, TX 75201

Greg S. Fisher*
Davis Wright Tremaine, LLP
710 W. Eighth Ave., Suite 800
Anchorage, AK 99501

/s/ Steven James Goodhue